UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
QING CHEN,  )
            )
        Plaintiff,  )    No. C07-103RSL
            )
    v.  )    CASE MANAGEMENT ORDER AND
            )    ORDER GRANTING DEFENDANTS'
F. GERARD HEINAUER, *et al.*,  )    MOTION TO STRIKE RULE 26 INITIAL
            )    SCHEDULING DATES
        Defendants.  )
_____ )

This matter comes before the Court on defendants' "Motion to Suspend, Strike or Delay Rule 26 Initial Scheduling Dates" (Dkt. #9), to which plaintiff did not respond. On January 23, 2007, plaintiff, proceeding *pro se*, filed a Petition for Writ of Mandamus alleging that defendants have unreasonably delayed processing of her I-485 application for adjustment of status and requesting that the Court mandamus defendants to adjudicate her application. See Dkt. ##1, 2. In their motion, defendants assert that this case is exempt from the initial disclosure and other obligations under Fed R. Civ. P. 26. The Court agrees that because this is an Administrative Procedure Act ("APA") case, the parties are exempt from the requirements in Fed. R. Civ. P. 26(a)(1) and (f) relating to discovery. See Fed. R. Civ. P. 26(a)(1)(E). Accordingly, the Court GRANTS defendants' motion (Dkt. #9) and orders as follows:

CASE MANAGEMENT ORDER AND
ORDER GRANTING DEFENDANTS'
MOTION TO STRIKE RULE 26 INITIAL
SCHEDULING DATES

| | |
|---|---|
| Defendants shall file the administrative record by:[1] | **June 4, 2007** |
| Plaintiff shall file a motion for summary judgment by: | **June 29, 2007** |
| Defendants shall file an opposition and cross-motion for summary judgment, if any, by: | **July 20, 2007** |
| Plaintiff shall file a reply and opposition, if any, by: | **August 3, 2007** |
| Defendants shall file a reply, if any, by: | **August 10, 2007** |

These dates are set by the Court. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court pursuant to Local Civil Rules 10(g) and/or 7(d)(2), not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel are required to electronically file all documents with the Court. *Pro se* litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. The following alterations to the Electronic Filing Procedures apply

---

[1] Under Local Civil Rule 79(h), the administrative record is due when defendants file their answer. See Local Rule 79(h) ("[T]he record of the agency proceeding shall be filed (1) within thirty days of the filing of the complaint or petition when the administrative agency is the plaintiff or petitioner; or (2) with the answer or return when the administrative agency is the defendant or respondent." Given the Court's denial of defendants' motion to dismiss, under Fed. R. Civ. P. 12(a)(4)(A), the answer is due on June 4, 2007.

CASE MANAGEMENT ORDER AND
ORDER GRANTING DEFENDANTS'
MOTION TO STRIKE RULE 26 INITIAL
SCHEDULING DATES                       -2-

in all cases pending before Judge Lasnik:

- Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion, any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50** pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

- Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

## PRIVACY POLICY

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement

CASE MANAGEMENT ORDER AND
ORDER GRANTING DEFENDANTS'
MOTION TO STRIKE RULE 26 INITIAL
SCHEDULING DATES                    -3-

1   may be subject to such discipline as the Court deems appropriate.

2

3       DATED this 18th day of May, 2007.

4

5                                   /s/ Robert S. Lasnik
                                Robert S. Lasnik

6                                   United States District Judge

CASE MANAGEMENT ORDER AND
ORDER GRANTING DEFENDANTS'
MOTION TO STRIKE RULE 26 INITIAL
SCHEDULING DATES         -4-